

Entered on Docket
September 23, 2009

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

JAMES H. WOODALL (NV Bar #3847)
WOODALL & WASSERMANN
10653 River Front Pkwy, Ste 290
South Jordan, Utah  84095
Telephone (801) 254-9450
Facsimile (801) 254-9451
email: jw@utahtrustee.com

Nevada Office
8275 South Eastern Avenue
Las Vegas, Nevada  89123
Attorneys for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:** | **Case No.: BK-S-09-23784 BAM**<br>**Chapter 7** |
| **MILIVOJ ANTUNOVIC and** | **ORDER GRANTING RELIEF FROM**<br>**AUTOMATIC STAY** |
| **SOFIJA ANTUNOVIC,** | **Date:        September 15, 2009** |
| **Debtors.** | **Time:        1:30 PM** |

Regions Bank dba Regions Mortgage's ("Secured Creditor's") Motion for Relief

From Automatic Stay, filed August 15, 2009 came on for hearing on September 15, 2009 before

the Honorable Bruce A. Markell.  Cindy Stock appeared for the moving party.

Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED that the automatic stay is vacated and extinguished as to the property located at 7468

Grizzly Giant, Las Vegas, Nevada in favor of Secured Creditor, its assignees and successors in

interest.

1    SUBMITTED this   22nd day of September, 2009.

2

3

4              /s/ James H. Woodall
           JAMES H. WOODALL
5           Attorney for Secured Creditor

6    *Emailed Trustee 9/16/09, no response received.* /s/ James H. Woodall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF COUNSEL

In accordance with LR 9021, counsel submitting this document certifies as

follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☑ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below

　　　Timothy S. Cory, Trustee:
　　　　　　Approved: _____ Disapproved: _____ Failed to Respond: ___X___

Emailed Trustee Timothy S. Cory 9/16/09, no response received. /s/ James H. Woodall